USDC SCAN INDEX SHEET

















SUI  12/9/05 8:40

3:05-CR-02202   USA V. ZUBKIS

*1*

*CRINDI.*

SECRET

Unsealed
12/8/05

FILED

05 DEC -7 PM 4:51

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2005 Grand Jury

'05 CR 2202 JM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>VLADISLAV ZUBKIS,<br>   aka Vladislaw Zubkis,<br>   aka Steven Zubkis,<br><br>                    Defendant. | Criminal Case No. _____<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 1341 –<br>Mail Fraud; Title 18, U.S.C.,<br>Sec. 1343 – Wire Fraud; Title 18,<br>U.S.C., Sec. 1956 – Laundering of<br>Monetary Instruments; Title 18,<br>U.S.C., Sec. 1957 – Engaging in<br>Monetary Transactions with Proceeds<br>of Illegal Activity; Title 18,<br>U.S.C., Sec. 2 – Aiding and<br>Abetting |

The grand jury charges:

Counts 1-12

(Mail Fraud)

Scheme to Defraud

1.   Beginning  on  a  date  unknown  to  the  grand  jury,  and continuing  thereafter  until  in  or  about  November  2003,  within  the Southern  District  of  California  and  elsewhere,  defendant  VLADISLAV ZUBKIS,  aka  Vladislaw  Zubkis,  aka  Steven  Zubkis  (hereinafter "defendant  ZUBKIS"),  did  knowingly  devise  a  material  scheme  and artifice  to  defraud  and  to  obtain  money  and  property  by  means  of materially  false  and  fraudulent  pretenses,  representations,  and promises,  to  wit,  a  scheme  relating  to  the  proposed  construction  and management of storage facilities.

SB:nlv(3):San Diego
12/7/05

Methods and Means

2.    In furtherance of this scheme, defendant ZUBKIS utilized the following methods and means, among others, and made and caused to be made material misrepresentations and omissions about the following matters, among others:

a.    Investors were led to believe that defendant ZUBKIS was experienced in construction and management of storage and other commercial real estate projects;

b.    Investors were not informed that defendant ZUBKIS had been the subject of numerous adverse actions by government and regulatory bodies, including accusations of fraud by the Securities & Exchange Commission and a finding by a federal judge in February 2000 that defendant ZUBKIS had "directly and through others, made repeated misrepresentations to investors" including "baseless predictions" about the future revenues and stock price of a company he was promoting;

c.    Investors were pressured to invest through various tactics including the making of false and misleading claims about limited-time offers;

d.    Investors were led to believe that defendant ZUBKIS would use their funds solely or primarily for direct project costs such as land purchase and construction costs;

e.    Investors were not told that defendant ZUBKIS would use investor funds to pay up-front commissions of up to 20% to the salespeople who solicited them to invest;

f.    Investors were misled about the nature, status and likely profits of the project; and

2

g.   Investors were not told that on May 22, 2003, the County of San Diego rejected defendant ZUBKIS' permit application, or that defendant ZUBKIS never revised and resubmitted the permit application despite notices and reminders from the County and a consultant hired by defendant ZUBKIS.

3.   It was also part of this scheme that defendant ZUBKIS took approximately $936,696.74 from investors from May 22, 2003 (when the County of San Diego rejected the initial permit application) through November 6, 2003, and returned $0 to said investors.

### Execution of Mail Fraud Scheme

4..   On or about the dates set forth below (Column "A"), within the Southern District of California and elsewhere, defendant ZUBKIS, for the purpose of executing the above-described scheme, knowingly sent and caused to be sent by the United States Postal Service and private and commercial interstate mail carriers the matters and things set forth below (Column "B"):

| (A) | | (B) |
| COUNT | DATE | ITEM |
| --- | --- | --- |
| 1 | 3/20/03 | Mailing including check for $9,866.67, from Investor #4 in Minnesota to San Diego, CA |
| 2 | 5/14/03 | Mailing including promotional materials from San Diego, CA to Investor #4 in Minnesota |
| 3 | 5/17/03 | Mailing including checks totaling $1,000, from Investor #4 in Minnesota to San Diego, CA |
| 4 | 7/18/03 | Mailing including promotional materials from San Diego, CA to Investor #2 in California |
| 5 | 7/23/03 | Mailing including check for $100 from Investor #2 in California to San Diego, CA |
| 6 | 9/5/03 | Mailing including promotional materials from San Diego, CA to Investor #5 in California |
| 7 | 9/8/03 | Mailing including check for $4,625 from Investor #1 in Utah to San Diego, CA |

3

|       | (A)      |          | (B)                                                                                       |
|-------|----------|----------|-------------------------------------------------------------------------------------------|
| COUNT | DATE     |          | ITEM                                                                                      |
| 8     | 9/9/03   |          | Mailing including promotional materials from San Diego, CA to Investor #2 in California    |
| 9     | 9/12/03  |          | Mailing including check for $1000 from Investor #2 in California                           |
| 10    | 9/25/03  |          | Mailing including check for $51,000 from Investor #5 in California to San Diego, CA        |
| 11    | 10/9/03  |          | Mailing including promotional materials from San Diego, CA to Investor #2 in California    |
| 12    | 10/16/03 |          | Mailing including check for $1000 from Investor #2 in California                           |

All in violation of Title 18, United States Code, Section 1341.

### Counts 13-15

### (Wire Fraud)

5.   The allegations set forth in paragraphs 1 through 3 of this Indictment are hereby realleged as if fully set forth herein.

6.   On or about the dates set forth below (Column "A"), within the Southern District of California and elsewhere, defendant ZUBKIS, for the purpose of executing the aforesaid scheme, as set forth in paragraphs 1 through 3 above, knowingly transmitted and caused to be transmitted in interstate commerce by means of wire communications, certain writings, signs, signals and sounds as alleged below (Column "B"):

//
//
//
//
//
//
//

4

|  | (A) | | (B) |
| COUNT | DATE | | Transmission |
| 13 | 3/1/03 | | Sales call from San Diego, CA to Investor #3 in Ohio, at 419-XXX-XXXX. |
| 14 | 4/12/03 | | Sales call from San Diego, CA to Investor #4 in Minnesota, at 507-XXX-XXXX. |
| 15 | 6/03 | | Sales call from San Diego, CA to Investor #3 in Ohio, at 419-XXX-XXXX. |

All in violation of Title 18, United States Code, Section 1343.

Counts 16-21

(Mail Fraud)

Scheme to Defraud

7.   Beginning in or about November 2003, and continuing thereafter until in or about March 2004, within the Southern District of California and elsewhere, defendant VLADISLAV ZUBKIS, aka Vladislaw Zubkis, aka Steven Zubkis, (hereinafter "defendant ZUBKIS"), did knowingly devise a material scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, to wit, a scheme relating to the proposed acquisition and renovation of a Las Vegas casino.

Methods and Means

8.   In furtherance of this scheme, defendant ZUBKIS utilized the following methods and means, among others, and made and caused to be made material misrepresentations and omissions about the following matters, among others:

a.   Investors were led to believe that defendant ZUBKIS and his affiliated company, San Diego Properties, L.P., had significant relevant experience, including casino renovation and real estate development;

5

1        b.    Investors were not informed that defendant ZUBKIS had
2  been the subject of numerous adverse actions by government and
3  regulatory bodies, including accusations of fraud by the Securities
4  & Exchange Commission and a finding by a federal judge in February
5  2000 that defendant ZUBKIS had "directly and through others, made
6  repeated misrepresentations to investors" including "baseless
7  predictions" about the future revenues and stock price of a company
8  he was promoting;

9        c.    Investors were pressured to invest through various
10  tactics including the making of false and misleading claims about
11  limited-time offers;

12        d.    Investors were led to believe that defendant ZUBKIS
13  would use their funds solely or primarily for direct project costs
14  such as casino purchase and renovation costs;

15        e.    Investors were not told that defendant ZUBKIS would use
16  investor funds to pay substantial up-front commissions to the
17  salespeople who solicited them to invest;

18        f.    Investors were told that the project had a high
19  likelihood of success and would produce quick returns;

20        g.    Investors were told that the returns would be very
21  high, including that shares purchased for approximately $0.01 per
22  share would quickly be worth $5 per share or more upon a projected
23  initial public offering (IPO);

24        h.    Investors were not informed that defendant ZUBKIS
25  defaulted on a contract relating to Castaways Casino by November 14,
26  2003, and after that date had no contract to acquire a controlling
27  interest in that casino or any other.

28

6

1  9.   It was also part of this scheme that defendant ZUBKIS took
2  approximately $875,665.70 from investors from November 15, 2003 (after
3  his November 14, 2003 contract default) to March 30, 2004, and
4  returned $0 to said investors.

5  Execution of Mail Fraud Scheme

6  10.  On or about the dates set forth below (Column "A"), within
7  the Southern District of California and elsewhere, defendant ZUBKIS,
8  for the purpose of executing the above-described scheme, knowingly
9  sent and caused to be sent by the United States Postal Service and
10  private and commercial interstate mail carriers the matters and things
11  set forth below (Column "B"):

| (A) | | (B) |
|---|---|---|
| COUNT | DATE | ITEM |
| 16 | 11/14/03 | Mailing including check for $6,562.50 from Investor #5 in California, to San Diego, CA. |
| 17 | 11/19/03 | Promotional materials from San Diego, CA to Investor #2 in California. |
| 18 | 12/1/03 | Mailing including check for $1,500 from Investor #2 in California, to San Diego, CA. |
| 19 | 12/29/03 | Mailing including check for $5,250 from Investor #1 in Utah, to San Diego, CA. |
| 20 | 2/7/04 | Mailing including check for $1,500 from Investor #2 in California, to San Diego, CA. |
| 21 | 2/25/04 | Mailing including check for $1,000 from Investor #2 in California, to San Diego, CA. |

23  All in violation of Title 18, United States Code, Section 1341.

24  Counts 22-23

25  (Wire Fraud)

26  11.  The allegations set forth in paragraphs 7 through 9 of this
27  Indictment are hereby realleged as if fully set forth herein.

28

7

12.  On or about the dates set forth below (Column "A") within the Southern District of California and elsewhere, defendant ZUBKIS, for the purpose of executing the aforesaid scheme, as set forth in paragraphs 7 through 9 above, knowingly transmitted and caused to be transmitted in interstate commerce by means of wire communications, certain writings, signs, signals and sounds as alleged below (Column "B"):

|  | (A) | | (B) |
|---|---|---|---|
| COUNT | DATE | | Transmission |
| 22 | 12/19/03 | | Sales call from San Diego, CA to Investor #1 in Utah, at 801-XXX-XXXX. |
| 23 | 1/1/04 | | Sales call from San Diego, CA to Investor #3 in Ohio, at 419-XXX-XXXX. |

All in violation of Title 18, United States Code, Section 1343.

### Counts 24-34

### (Money Laundering)

13.  On or about the dates set forth below (Column "A"), in the Southern District of California and elsewhere, defendant VLADISLAV ZUBKIS, aka Vladislaw Zubkis, aka Steven Zubkis, did knowingly and willfully conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit, the transactions detailed below (Column "B"), which involved the proceeds of a specified unlawful activity, to wit, violations of Title 18, United States Code, Sections 1341 (Mail Fraud) and 1343 (Wire Fraud), with the intent to promote the carrying on of said specified unlawful activities, and knowing while conducting and attempting to conduct such financial transaction that the property involved in the financial transaction represented the proceeds of some form of unlawful activity:

8

| COUNT (A) | DATE | TRANSACTION (B) |
|---|---|---|
| 24 | 6/6/03 | $4,700 check (No. 2148, drawn on Bank of America account no. XXXXX-X1027) to Salesman #1 |
| 25 | 6/20/03 | $2,350 check (No. 2210, drawn on Bank of America account no. XXXXX-X1027) to Salesman #1 |
| 26 | 7/10/03 | $6,620 check (No. 2284, drawn on Bank of America account no. XXXXX-X1027) to Salesman #1 |
| 27 | 9/5/03 | $2,000 check (No. 34115, drawn on Comerica Bank account no. XXXXXX2154) to Salesman #1 |
| 28 | 9/11/03 | $4,000 check (No. 34167, drawn on Comerica Bank account no. XXXXXX2154) to Salesman #1 |
| 29 | 9/12/03 | $2,700 check (No. 34175, drawn on Comerica Bank account no. XXXXXX2154) to Salesman #1 |
| 30 | 9/16/03 | $5,000 check (No. 34202, drawn on Comerica Bank account no. XXXXXX2154) to facility landlord |
| 31 | 9/19/03 | $2,000 check (No. 34226, drawn on Comerica Bank account no. XXXXXX2154) to Salesman #1 |
| 32 | 9/26/03 | $5,352 check (No. 1015, drawn on Comerica Bank account no. XXXXXX3134) to Salesman #1 |
| 33 | 10/10/03 | $5,000 check (No. 1002, drawn on Comerica Bank account no. XXXXXX3134) to facility landlord |
| 34 | 10/28/03 | $8,000 check (No. 34413, drawn on Comerica Bank account no. XXXXXX2154) to Salesman #1 |

All in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

Counts 35-36

(Engaging in Monetary Transactions in Property

Derived from Specified Unlawful Activity)

14.   On or about the dates set forth below (Column "A"), within the Southern District of California and elsewhere, defendant VLADISLAV ZUBKIS, aka Vladislaw Zubkis, aka Steven Zubkis, did knowingly engage and attempt to engage in the monetary transactions set forth below (Column "B"), by and through and to a financial institution, affecting

9

interstate commerce, in criminally derived property of a value greater than $10,000, such property having been derived from a specified unlawful activity, to wit, violations of Title 18, United States Code, Sections 1341 (Mail Fraud) and 1343 (Wire Fraud):

|  | (A) | (B) |
|---|---|---|
| COUNT | DATE | TRANSACTION |
| 35 | 10/10/03 | $14,552 check (no. 34329, drawn from Comerica Bank account no. XXXXXX2154) |
| 36 | 10/17/03 | $14,000 check (no. 34354, drawn from Comerica Bank account no. XXXXXX2154) |

All in violation of Title 18, United States Code, Section 1957.

        DATED: December 7, 2005.

                                    A TRUE BILL:


                                    _X_P_W_ostner_____
                                    Foreperson

CAROL C. LAM
United States Attorney


By: _____
        SANJAY BHANDARI
        Assistant U.S. Attorney

10