USDC SCAN INDEX SHEET

















```
TKL     12/9/05    13:02
3:05-CR-02202    USA V. ZUBKIS
*4*
*CRRELCSNTC.*
```

**ORIGINAL**

1  CAROL C. LAM
   United States Attorney
2  SANJAY BHANDARI
   Assistant U.S. Attorney
3  Cal. State Bar No. 181920
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7042



6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8                UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )  Criminal Case No. 05CR2202-JM
                                    )
11              Plaintiff,          )  NOTICE OF RELATED CASE
                                    )
12       v.                         )
                                    )
13 VLADISLAV ZUBKIS,                )
      aka Vladislaw Zubkis,         )
14    aka Steven Zubkis,            )
                                    )
15              Defendant.          )
                                    )
16

17 TO: The Clerk of the Court.

18       Per CrimLR 57.2(c), the United States hereby provides notice that the above-captioned criminal

19 case is related to an earlier action before United States District Judge Irma E. Gonzalez. On May 24,

20 2005, Zubkis filed a motion in Case No. 05MG0259 for return of seized property and to unseal the

21 search warrant affidavit. On June 16, 2005, Judge Gonzalez denied that motion. *See Order Denying*

22 *Motion for Return of Property and to Unseal the Search Warrant; Vacating June 23, 2005 Hearing*,

23 Case No. 05mg0259 (Docket no. 14, filed June 17, 2005). The government defers to the Court's

24 discretion on whether any reassignment of this case is appropriate in these circumstances.

25       DATED: December 8, 2005

26                                     Respectfully Submitted,

27                                     CAROL C. LAM
                                       United States Attorney
28
                                       SANJAY BHANDARI
                                       Assistant U.S. Attorney