◎AO 245B   (Rev. 9/00) Judgment in a Criminal Case
         Sheet 1

FILED
07 MAR -6 AM 11:18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| VLADISLAV ZUBKIS | Case Number: 05CR2202-LAB |
| | RANDY SCOTT GROSSMAN, RETAINED |
| | Defendant's Attorney |

REGISTRATION NO. 98367198

☐

THE DEFENDANT:
☒ pleaded guilty to count(s)   ONE OF THE SUPERSEDING INFORMATION
☐ was found guilty on count(s) ___
   after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 USC 371 | CONSPIRACY TO COMMIT CRIMES AGAINST THE UNITED STATES | S1 |

   The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.
☐ The defendant has been found not guilty on count(s) ___
☒ Count(s) __The underlying indictment__ is ☒ are ☐ dismissed on the motion of the United States.

☒ Assessment: $100.00

☒ No fine          ☐ Property forfeited pursuant to order filed ___, included herein.

   IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

FEBRUARY 26, 2007
Date of Imposition of Sentence

*Larry A. Burns* (signature)

HON. LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE

Entered Date:

05CR2202-LAB

AO 245B     (Rev. 9/00) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page __2__ of __5__

DEFENDANT: VLADISLAV ZUBKIS
CASE NUMBER: 05CR2202-LAB

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

60 MONTHS

[x] The court makes the following recommendations to the Bureau of Prisons:
    The defendant shall be placed in a camp facility in the Southern District of California

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
    [ ] at _____ [ ] a.m. [ ] p.m. on _____ .
    as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _____
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

05CR2202-LAB

AO 245B    (Rev. 9/00) Judgment in a Criminal Case
           Sheet 3 — Supervised Release

Judgment—Page __3__ of __5__

DEFENDANT: VLADISLAV ZUBKIS
CASE NUMBER: 05CR2202-LAB

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:

3 years

## MANDATORY CONDITIONS

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

The defendant shall cooperate as directed in the collection of a DNA sample, pursuant to 18 USC 3583(d).

*For offenses committed on or after September 13, 1994*:

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter. Testing requirements will not exceed submission of more than ____4____ drug tests per month during the term of supervision, unless otherwise ordered by court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court . The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

05CR2202-LAB

AO 245B  (Rev. 9/00) Judgment in a Criminal Case
Sheet 3 — Continued 2 — Supervised Release

Judgment—Page __4__ of __5__

DEFENDANT: VLADISLAV ZUBKIS
CASE NUMBER: 05CR2202-LAB

# SPECIAL CONDITIONS OF SUPERVISION

[x] Not possess any firearm, explosive device or other dangerous weapon.

[x] Submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.

[x] The defendant shall violate no laws, federal, state and local, minor traffic excepted.

[x] If deported, excluded, or allowed to voluntarily return to country of origin, not reenter the United States illegally and report to the probation officer within 24 hours of any reentry to the United States; supervision waived upon deportation, exclusion, or voluntary departure.

[ ] Not transport, harbor, or assist undocumented aliens.

[ ] Not associate with undocumented aliens or alien smugglers.

[x] Not reenter the United States illegally.

[ ] Not enter the Republic of Mexico without written permission of the Court or probation officer.

[x] Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

[x] Not engage in any position involving telemarketing or the solicitation of funds by telephone, mail or Internet.

[ ] Not associate with known users of, smugglers of, or dealers in narcotics, controlled substances, or dangerous drugs in any form.

[x] Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission. The Court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

[x] Notify the Collections Unit of the U.S. Attorney's Office and the U.S. Probation Office, before the defendant transfers any interest in property owned directly or indirectly by the defendant.

[ ] Participate in a mental health treatment program as directed by the probation office.

[x] Provide complete disclosure of personal and business financial records to the probation officer as requested.

[x] Be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.

[ ] Seek and maintain full time employment and/or schooling or a combination of both.

[ ] Resolve all outstanding warrants within _____ days.

[ ] Complete _____ hours of community service in a program approved by the probation officer within

[ ] Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period of

[ ] Reside in a Residential Reentry Center (RRC) as directed by the Bureau of Prisons for a period of commencing upon release from imprisonment.

[ ] Remain in your place of residence for a period of _____, except while working at verifiable employment, attending religious services or undergoing medical treatment.

[ ] Not engage in any form of telemarketing, as defined in 18 USC 2325, without the written permission of the probation officer.

[x] Notify the Collections Unit of the U.S. Attorney's Office, and the U.S. Probation Office, of any interest in property obtained, directly, or indirectly, including any interest obtained under any other name, or entity, including a trust, partnership or corporation, until any fine or restitution ordered is paid in full.

[x] Participate in a program of drug or alcohol abuse treatment, including urinalysis testing and counseling, as directed by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

05CR2202-LAB

AO 245S     Judgment in Criminal Case
             Sheet 5 — Criminal Monetary Penalties

Judgment — Page   5   of   5  

DEFENDANT: VLADISLAV ZUBKIS
CASE NUMBER: 05CR2202-LAB

# RESTITUTION

The defendant shall pay restitution in the amount of   **$1,812,362.44**   unto the United States of America.

This sum shall be paid   ___ immediately.
                            **X** as follows:

Pay restitution in the amount of $1,812,362.44 through the Clerk, U.S. District Court, to the victims identified in attachment "A", and in the amounts specified, by the U.S. Attorney's Office, payable forthwith or through the Inmate Financial Responsibility Program during the period of incarceration at the rate of 50% of defendant's income or $25.00 per quarter whichever is greater. Any remaining balance to be made following the defendant's release from prison at the rate of 50% of his income or $100.00 per month whichever is greater. The payment schedules do not foreclose the United States from exercising all legal actions, remedies, and processes available to collect the restitution judgment. Distribution of restitution to the victims is to be on a pro rata basis. The restitution liability will be jointly and severally with Richard Hill Gavzie in Docket Number 06CR00657-JM.

The Court has determined that the defendant   **does not**   have the ability to pay interest. It is ordered that:

**X**     The interest requirement is waived.

___     The interest is modified as follows:

05CR2202-LAB

Case 3:05-cr-02202-LAB   Document 73   Filed 03/06/07   PageID.1082   Page 6 of 10
Case 3:05-cr-02202-LAB   Document 70   Filed 02/21/07   Page 1 of 5
Exhibit A, Page 1

ZUBKIS RESTITUTION SCHEDULE BY INVESTOR
STORAGE AND LV CASINO PROJECTS

| Investor (Last Name) | Investor (First Name) | Investor Losses |
|---|---|---|
| Adelson | Michael | $ 4,625.00 |
| Altice | Ronald | $ 20,732.00 |
| Amundson | Floyd | $ 1,640.50 |
| Anderson | Donald | $ 4,750.00 |
| Anderson | Marion | $ 8,281.00 |
| Ashley | B | $ 1,500.00 |
| Azria's Service | | $ 1,640.50 |
| Bagley | Bill | $ 4,625.00 |
| Bailey | Jonathan | $ 1,000.00 |
| Bailey | Preston | $ 11,475.00 |
| Bakowski | Peter | $ 7,650.00 |
| Bates | Terry | $ 1,640.00 |
| Bean | Howard | $ 9,843.75 |
| Beech | Robert | $ 3,000.00 |
| Beresford | Daniel | $ 9,875.00 |
| Berg | Darryl | $ 28,125.00 |
| Bertalmio | Albert | $ 25,500.00 |
| Binder | Lee | $ 10,250.00 |
| Birkholz | Frank | $ 69,625.00 |
| Bobker | Henry | $ 2,565.50 |
| Bock | Leroy | $ 2,400.00 |
| Bocklage | Joseph | $ 11,250.00 |
| Boen | Sharrell | $ 172.50 |
| Bost | Lucy | $ 5,775.00 |
| Botti | Ralph | $ 8,475.00 |
| Bowden | Bernie | $ 42,425.00 |
| Bowers | David | $ 5,495.00 |
| Bowman | William | $ 2,000.00 |
| Bridwell | Russell | $ 1,640.50 |
| Brown | Terry | $ 4,950.00 |
| Bula | Gene | $ 1,640.00 |
| Bunker | Merle | $ 1,550.00 |
| Butler | B. Sturges | $ 8,206.00 |
| Campbell | Jerome | $ 1,640.50 |
| Campbell | Joseph | $ 462.50 |
| Cannon | Eric | $ 4,265.50 |
| Carley | James | $ 925.00 |
| Carnell | Victor | $ 4,625.00 |
| Carpenter | Douglas | $ 9,000.00 |
| Carron | Clyde | $ 6,475.00 |
| Charbonnel | Thomas | $ 6,000.00 |
| Cohen | Stephen | $ 15,850.00 |
| Comito | Frank | $ 3,000.00 |
| Connelly | W. F. | $ 43,275.00 |
| Corbin | Michael | $ 2,812.50 |
| Corsi | Jack | $ 24,937.50 |
| Cothern | Michael | $ 5,250.00 |
| Cowdrey | Daniel | $ 1,000.00 |
| Craig | James | $ 5,640.50 |
| Crout | A. Wendell | $ 94,625.00 |
| Cutro | Albert | $ 3,281.25 |
| Darr | David | $ 1,100.00 |
| Darr | Linda | $ 1,000.00 |
| Daugherty | Ronald | $ 1,640.50 |
| Dean | Stephanie | $ 4,500.00 |
| Degroff | David | $ 2,640.50 |

ZUBKIS RESTITUTION SCHEDULE BY INVESTOR
STORAGE AND LV CASINO PROJECTS

Exhibit A, Page 2

| Investor (Last Name) | Investor (First Name) | Investor Losses |
|---|---|---|
| Delapaz | Evelyn | $ 925.00 |
| Desind | Jolene | $ 5,000.00 |
| Dettle | Robert | $ 30,625.00 |
| Dexter | Calvin | $ 20,000.00 |
| Doellinger | Scott | $ 8,000.00 |
| Dottle | Kenneth | $ 3,500.00 |
| Eddy | Robert | $ 2,565.50 |
| Elle | Jim | $ 16,500.00 |
| Ellsaesser | Hugh | $ 12,750.00 |
| Emms | T. Bradley | $ 500.00 |
| Evans | Glenn | $ 3,550.00 |
| Evans | Guy | $ 1,387.50 |
| Ferguson | Steven | $ 1,000.00 |
| Ferguson | Thomas | $ 150.00 |
| Fielding | Paul | $ 2,000.00 |
| Figueroa | Jose | $ 3,000.00 |
| Folick | Victor | $ 8,281.25 |
| Frampton | Troy | $ 10,250.00 |
| Fritz | James | $ 6,100.00 |
| Garrod Trust | | $ 13,500.00 |
| Geelhoed | Buddy | $ 5,281.25 |
| Geelhoed | Buddy | $ 2,500.00 |
| George | Sarah | $ 6,800.00 |
| Gero | Andrew | $ 5,000.00 |
| Getzov | Ramon | $ 13,125.00 |
| Gottlieb | Paul | $ 8,000.00 |
| Graner | Robert | $ 2,625.00 |
| Greer | Richard | $ 2,350.00 |
| Grelecki | William | $ 1,250.00 |
| Gretkierewicz | Wanda | $ 1,000.00 |
| Habeeb | Albert | $ 6,500.00 |
| Halleybone | Roy | $ 5,800.00 |
| Halliday | Larry | $ 7,000.00 |
| Hammaker | W L | $ 1,000.00 |
| Hammond | Luther | $ 5,250.00 |
| Hampson | Rachel | $ 1,640.00 |
| Harper | Floyd | $ 4,780.00 |
| Harrell | Michael | $ 2,300.00 |
| Hatch | Asher | $ 925.00 |
| Heban | Stephen | $ 5,100.00 |
| Hedger | Virgil | $ 925.00 |
| Heefner | Thomas | $ 28,000.00 |
| Hilton | Jack | $ 5,525.00 |
| Hirasaki | Tetsuzo | $ 2,750.00 |
| Hittle | Elvin | $ 3,140.50 |
| Hollingsworth | Vern | $ 6,775.00 |
| Hood | Terry | $ 1,000.00 |
| Horton | Earnest | $ 1,500.00 |
| Hummel | Robert | $ 1,000.00 |
| Itz | Patrick | $ 2,550.00 |
| Jacobs | Judith | $ 1,500.00 |
| James | Gene | $ 2,625.00 |
| Janus | Michael | $ 462.50 |
| Jesuit | Ronald | $ 14,562.50 |
| Johnston | Dale | $ 3,000.00 |
| Jones | J. Grant | $ 22,167.50 |

Case 3:05-cr-02202-LAB   Document 73   Filed 03/06/07   PageID.1084   Page 8 of 10
Case 3:05-cr-02202-LAB   Document 70   Filed 02/21/07   Page 3 of 5

ZUBKIS RESTITUTION SCHEDULE BY INVESTOR
STORAGE AND LV CASINO PROJECTS

Exhibit A, Page 3

| Investor (Last Name) | Investor (First Name) | | Investor Losses |
|---|---|---|---:|
| Jordan | C A | $ | 4,500.00 |
| Judelsohn | Arthur | $ | 3,000.00 |
| Kadlec | Joseph | $ | 4,625.00 |
| Kauffman | Palmer | $ | 7,014.00 |
| Keffer | Aaron | $ | 2,165.00 |
| Keilig | Mark | $ | 4,475.00 |
| Keller | Robert | $ | 3,500.00 |
| Keltner | Job | $ | 6,890.50 |
| Kenneth A Wright Living Trust | | $ | 925.00 |
| Kenney | Richard | $ | 7,050.00 |
| Klena | Daniel | $ | 1,640.00 |
| Klettke | Alvin | $ | 5,250.00 |
| Kline | Thomas | $ | 6,250.00 |
| Kluss | Frank | $ | 2,100.00 |
| Knight | John | $ | 4,205.50 |
| Koth | William | $ | 6,562.25 |
| Kulbe | Richard | $ | 1,640.50 |
| Laconte | Joseph | $ | 500.00 |
| Landon | Charles | $ | 100.00 |
| Lapp | A. Earle | $ | 462.50 |
| Leenhouts | Russell | $ | 7,075.00 |
| Leveen | John | $ | 11,450.00 |
| Loper | Richard | $ | 10,100.00 |
| Lutz | Michael | $ | 3,500.00 |
| Lyerly | J. Edward | $ | 5,250.00 |
| Macturk | Donald | $ | 925.00 |
| Maguire | James | $ | 2,000.00 |
| Mahdik | Gerald | $ | 2,625.00 |
| Mahler | Pete | $ | 4,120.50 |
| Mar | Raymond | $ | 7,650.00 |
| Mardesich | Matthew | $ | 22,965.50 |
| Markowitz | Irving | $ | 6,562.50 |
| Martin | B L | $ | 1,000.00 |
| Mc Manus | Hugh | $ | 2,150.50 |
| McConnell | James | $ | 6,000.00 |
| McGowan | Martin | $ | 2,640.50 |
| Medina | Eliazar | $ | 2,640.50 |
| Meienburg | Glynn | $ | 2,000.00 |
| Messer | Paul | $ | 4,000.00 |
| Meyer | Howard | $ | 1,000.00 |
| Miller | Cecil | $ | 5,250.00 |
| Miller | John | $ | 4,775.00 |
| Moyant | John | $ | 45,000.00 |
| Nicholas | Walton | $ | 4,900.00 |
| Nurnberg | Wilhelm | $ | 925.00 |
| Ondis | Lewis | $ | 11,400.50 |
| Pagel | Donald | $ | 1,000.00 |
| Palm | James | $ | 4,625.00 |
| Parmelee | Danielle | $ | 15,350.00 |
| Pearce | Clyde | $ | 7,875.00 |
| Peck | Jeffrey | $ | 5,000.00 |
| Petersen | Fred | $ | 1,925.00 |
| Pfannenstiel | Dan | $ | 2,625.00 |
| Pfeiffer | George | $ | 1,640.00 |
| Phalen | Frank | $ | 500.00 |
| Plansky | Edward | $ | 29,750.00 |

ZUBKIS RESTITUTION SCHEDULE BY INVESTOR
STORAGE AND LV CASINO PROJECTS

Exhibit A, Page 4

| Investor (Last Name) | Investor (First Name) | Investor Losses |
|---|---|---|
| Plasil | Ivan | $ 3,065.20 |
| Ponzini | Peter | $ 2,500.00 |
| Popa | Ted | $ 16,000.00 |
| Prentice | Lowell | $ 6,453.00 |
| Rahbusch | Lisa | $ 5,000.00 |
| Rasmusson | Rick | $ 500.00 |
| Rauch | Ralph | $ 1,640.50 |
| Reeves | Leroy | $ 5,640.50 |
| Richmond | Joseph | $ 300.00 |
| Roberts | James | $ 925.00 |
| Roberts | Wayne | $ 24,475.00 |
| Roelofs | Stanley | $ 2,000.00 |
| Rosenthal | Robert | $ 1,640.00 |
| Roto-Faze Ignitions | | $ 2,000.00 |
| Sanderson | Alexander | $ 32,000.00 |
| Santora | Joan | $ 4,625.00 |
| Sarkis | John | $ 6,250.00 |
| Scharer | Thomas | $ 3,281.25 |
| Schima | Gary | $ 500.00 |
| Schwartz | Jonathan | $ 18,987.50 |
| Seminario | Marianne | $ 126,162.50 |
| Shapiro | Daniel | $ 73,309.00 |
| Shehadi | Nicholas | $ 500.00 |
| Shepherd | Sylvia | $ 3,630.00 |
| Shriver | Paul | $ 33,862.50 |
| Sieler | John | $ 1,500.00 |
| Simons | Henry | $ 4,625.00 |
| Singh | Y | $ 8,531.25 |
| Sisson | Mary | $ 3,237.50 |
| Smith | Ernest | $ 1,000.00 |
| Smith | Robert | $ 4,625.00 |
| Solc | Rene | $ 5,250.00 |
| Sorenson | Scott | $ 2,312.50 |
| St John | Frederick | $ 2,625.00 |
| Stavens | Emil | $ 10,400.00 |
| Stehr | Marvin | $ 3,281.00 |
| Suarez | Denise | $ 500.00 |
| Sulski | Robert | $ 11,175.00 |
| Summers | Delmer | $ 1,925.00 |
| Swartz | Frederick | $ 1,640.00 |
| Tallman | Gordon | $ 462.50 |
| Tavenner | Michael | $ 10,200.00 |
| The Ray & Jean Young Living Trust | | $ 4,150.00 |
| Thomas | Steven | $ 5,250.00 |
| Thomas R Kline Living Trust UAD | | $ 375.00 |
| Thompson | Gay Cole | $ 29,600.00 |
| Turck | C. Alex | $ 8,015.50 |
| Turner | Lyman | $ 5,125.00 |
| Vaccaro | John | $ 6,640.50 |
| Van Dyke | Bingham | $ 6,050.00 |
| Van Sant | Gus | $ 9,250.00 |
| Vanover | Paul | $ 1,000.00 |
| Voegele | Wayne | $ 2,000.00 |
| Waylonis | J. Robert | $ 2,625.00 |
| Weis | Charles | $ 500.00 |
| Welp | Kevin | $ 7,206.25 |

ZUBKIS RESTITUTION SCHEDULE BY INVESTOR
STORAGE AND LV CASINO PROJECTS

Exhibit A, Page 5

| Investor (Last Name) | Investor (First Name) | Investor Losses |
|---|---|---|
| West | Hugh | $ 1,158.24 |
| Weyandt | BettyRae | $ 2,625.00 |
| Weyandt | Gary | $ 1,000.00 |
| Wheatley | William | $ 925.00 |
| Wiebe | Frank | $ 1,500.00 |
| Williams | Isaac | $ 1,000.00 |
| Williams | Paul | $ 5,250.00 |
| Williamson | William | $ 1,000.00 |
| Wilson | Danny | $ 2,640.50 |
| Witters | Robert | $ 1,640.50 |
| Wojcik | John | $ 7,490.50 |
| Wolf | Paul | $ 12,425.00 |
| Woods | Stanley | $ 1,000.00 |
| Wright | Kenneth | $ 3,000.00 |
| Wright | Richard | $ 1,640.00 |
| Young | Rolland | $ 3,490.50 |
| Zaiko | Thomas | $ 2,000.00 |
| Zuber | Robert | $ 1,640.50 |
|  |  | $ 1,812,362.44 |

11-21-06