**FILED**

OCT 14 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, <br>                       Plaintiff <br> vs. <br> Vladislav Zubkis (1), <br>                       Defendant | Case # 05CR2202 - LAB <br><br> Order on Funds Eligible for Transfer to Unclaimed Funds or Forfeitures of Unclaimed Money & Property Fund |
| United States of America, <br>                       Plaintiff <br> vs. <br> Richard Hill Gavzie (1), <br>                       Defendant | Case # 06CR0657 - JM <br><br> Order on Funds Eligible for Transfer to Unclaimed Funds or Forfeitures of Unclaimed Money & Property Fund |

On reading and filing the certificate of the Clerk of this Court and pursuant to §820.60.25, §1020.30.10 and §1020.30.20 in the Guide to Judiciary Policy, it is,

ORDERED that the Clerk transfer from the deposit fund of the Court the sum of NINE THOUSAND FOUR HUNDRED THIRTY EIGHT DOLLARS AND NINETY SEVEN CENTS ($9,438.97), being the total amount shown below remaining in the deposit fund unclaimed by the person(s) entitled thereto along with any future payments received, and pay the same to the Treasurer of the United States.

| Payee | Amount Unclaimed |
|---|---|
| Joseph Kadlec | $1,575.26 |
| Richard Kulbe | $28.46 |

| | | |
|---|---|---|
| 1 | Howard Bean | $109.07 |
| 2 | Irving Markowitz | $72.97 |
| 3 | BL Martin | $344.91 |
| 4 | James McConnell | $2,049.51 |
| 5 | Lewis Ondis | $88.06 |
| 6 | Marianne Seminario | $233.62 |
| 7 | Henry Simons | $31.80 |
| 8 | Ronald Altice | $120.23 |
| 9 | Lyman Turner | $25.96 |
| 10 | Paul Williams | $1,842.15 |
| 11 | Ralph Botti | $90.96 |
| 12 | Russell Bridwell | $28.46 |
| 13 | James Carley | $25.26 |
| 14 | Jack Corsi | $81.42 |
| 15 | Tetsuzo Hirasaki | $957.09 |
| 16 | J Grant Jones | $152.21 |
| 17 | William Koth | $72.97 |
| 18 | Joseph Laconte | $177.56 |
| 19 | Lee Binder | $113.90 |
| 20 | Paul Shriver | $176.46 |
| 21 | Frederick St John | $29.16 |
| 22 | Paul Wolf | $119.41 |

| | |
|---|---|
| A Wendell Crout | $621.27 |
| Jim Elle | $124.82 |
| Ramon Getzov | $146.02 |

10-5-15

Date

*(signature)* Larry A. Burns

Hon. Larry A. Burns
United States District Judge

Oct 6, 2015

Date

*(signature)* Jeffrey T. Miller

Hon. Jeffrey T. Miller
United States District Judge

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>　　　　　Plaintiff<br>　　vs.<br>Vladislav Zubkis (1),<br>　　　　　Defendant | Case # 05CR2202 – LAB<br><br>Order on Funds Eligible for Transfer to Unclaimed Funds or Forfeitures of Unclaimed Money & Property Fund |
| United States of America,<br>　　　　　Plaintiff<br>　　vs.<br>Richard Hill Gavzie (1),<br>　　　　　Defendant | Case # 06CR0657 – JM<br><br>Order on Funds Eligible for Transfer to Unclaimed Funds or Forfeitures of Unclaimed Money & Property Fund |

I, John P. Morrill, Clerk of the United States District Court for the Southern District of California, DO HEREBY CERTIFY that the attached order contains a statement of monies being held by the court in the deposit fund for this case. The right to withdraw the monies has been adjudicated or is not in dispute. In accordance with §820.60.25, §1020.30.10 and §1020.30.20 in the Guide to Judiciary Policy, such monies have remained deposited for at least one year unclaimed by the person(s) entitled thereto, and are eligible for transfer to unclaimed funds or to the forfeitures of unclaimed money and property fund.

10/15/15
Date

John Morrill
Clerk of Court